# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**882**

**CA 14-00013**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, AND LINDLEY, JJ.

---

BONNIE YOUNG AND MICHAEL RONDINELLO,
PLAINTIFFS-RESPONDENTS,

V                                                                    ORDER

BARBARA LACY, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

BARTH SULLIVAN BEHR, BUFFALO (J. WILLIAM SAVAGE OF COUNSEL), FOR
DEFENDANT-APPELLANT.

GREENE & REID, PLLC, SYRACUSE (EUGENE W. LANE OF COUNSEL), FOR
PLAINTIFFS-RESPONDENTS.

---

Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (James P. Murphy, J.), entered April 23, 2013. The order and judgment awarded money damages to plaintiff Bonnie Young.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Eric D*. [appeal No. 1], 162 AD2d 1051).

Entered:  September 26, 2014                    Frances E. Cafarell
                                               Clerk of the Court